

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                                PLAINTIFF<br><br>v.<br><br>Francisco Sianez,<br><br>                                DEFENDANT(S). | CASE NUMBER<br><br>CR 12-545<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __defendant_____, IT IS ORDERED that a detention hearing is set for __~~~~ 6/28/13_____, _____, at __11:00__ ☑a.m. / ☐p.m. before the Honorable __Jacqueline Chooljian_____, in Courtroom __341 Roybal____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
                  *(Other custodial officer)*

Dated: __6/25/13_____          _____/s/_____
                                    U.S. District Judge/Magistrate Judge

---
ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                                                   Page 1 of 1